ISABELLE C. DE LA BOUILLERIE, Appellant, *v.* ANNE M. C. DE VIENNE et al., Respondents, et al., Defendants.

Submitted January 3, 1950; decided January 12, 1950.

Motion for reargument or for amendment of remittitur denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 60.]

DORIS S. HARMAN et al., Appellants and Respondents, et al., Plaintiffs, *v.* BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents and Appellants.

Submitted January 9, 1950; decided January 12, 1950.

Motion for reargument or to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 21.]